# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DAVID ANDREW CARTER
ADC # 551314                                                    PLAINTIFF

v.                    No. 5:18-cv-302-DPM-JTR

WENDY KELLEY, Director, Arkansas
Department of Correction; DARRYL
GOLDEN, Warden, Delta Regional Unit,
ADC; LINDA DYKES, Deputy Warden,
Delta Regional Unit; and PERCY ARNOLD,
Major, Delta Regional Unit, ADC                                 DEFENDANTS

## ORDER

Unopposed partial recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Carter's claim against Kelley and his official-capacity claims against Golden, Dykes, and Arnold are dismissed without prejudice. Carter may proceed with his inhumane conditions of confinement claim against Golden, Dykes, and Arnold in their individual capacities. Carter's motion for a temporary restraining order, № 6, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 May 2019