# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DAVID ANDREW CARTER**
**ADC #551314**                                                   **PLAINTIFF**

v.                              No. 5:18-cv-302-DPM

**DARRYL GOLDEN**, Warden,
Delta Regional Unit, ADC;
**LINDA DYKES**, Deputy Warden,
Delta Regional Unit; and
**PERCY ARNOLD**, Major,
Delta Regional Unit, ADC                                          **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Ray's unopposed recommendation, № 24. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 17, granted. Carter's complaint will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 March 2020