IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID ANDREW CARTER
ADC #551314                                              PLAINTIFF

v.                         No. 5:18-cv-302-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction;
DARRYL GOLDEN, Warden, Delta
Regional Unit, ADC; LINDA DYKES,
Deputy Warden, Delta Regional Unit;
and PERCY ARNOLD, Major, Delta
Regional Unit, ADC                                      DEFENDANTS

## JUDGMENT

Carter's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

3 March 2020